# UNITED STATES DISTRICT COURT
for the
Central District of California

Eastern Division

B/O
NO CV30

FILED
CLERK, U.S. DISTRICT COURT
10/08/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

Jesse Ocegueda

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Nations Recovery Services Inc.;
Jason Reed

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:23-cv-02069-SVW(KKx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse Ocegueda |
| Street Address | 19502 US Highway 18 |
| City and County | Apple Valley, San Bernardino County |
| State and Zip Code | CA 92307 |
| Telephone Number | (909)346-7719 |
| E-mail Address | jesstheconsumer@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**
- Name: NATIONS RECOVERY SERVICES INC.
- Job or Title *(if known)*:
- Street Address: 13630 Tonikan Rd.
- City and County: Apple Valley, San Bernardino County
- State and Zip Code: CA 92308
- Telephone Number: (626)542-3115
- E-mail Address *(if known)*:

**Defendant No. 2**
- Name: Jason Reed
- Job or Title *(if known)*: CEO / Registered Agent
- Street Address: 13630 Tonikan Rd.
- City and County: Apple Valley, San Bernardino County
- State and Zip Code: CA 92308
- Telephone Number: (626)542-3115
- E-mail Address *(if known)*:

**Defendant No. 3**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Debt Collection Practices Act, Fair Credit Reporting Act, U.S Const.Amend. IV, and U.S. Const. Amend. V

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

    b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant's illegally seized my personal property on 09/19/2023 with no court order. Defendants also breached the peace in their action, causing those in the vicinity to record the entire scene subjecting me to irreperable humiliation and damage to my reputation. Correspondence has since been sent and received by defendant attempting to amicably resolve the situation on 09/26/2023 and 10/02/2023 to no avail. (See Attached Complaint & Exhibits labeled A through F)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$60,000 in actual damages, $10,000 in statutory damages under FDCPA, and FCRA, $50,000 in punitive damges for Constitutional violations and FCRA violations, equitable relief in the form of ordering the return of illegally seized propery, and any other relief the court deems just and proper. (See attached Complaint & Exhibits labeled A through F)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/08/2023

Signature of Plaintiff  
Printed Name of Plaintiff    Jesse Ocegueda

### B. For Attorneys

Date of signing:

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | | |
|---|---|---|
| Jesse Ocegueda, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| NATIONS RECOVERY SERVICES INC.; | ) | |
| Jason Reed | ) | |
| | ) | |
| Defendants. | ) | |

## INTRODUCTION

I, Jesse Ocegueda (plaintiff) bring this action against defendants NATIONS RECOVERY SERVICES INC. and Jason Reed (hereinafter all defendants referred to collectively as "Defendants") for violations of §§ 1692d(1), 1692d(2), 1692e(1), 1692e(6)(B), 1692e(14), and 1692f(6)(A) of the Fair Debt Collection Practices Act (FDCPA), violations of §§ 1681b(a)(1), 1681b(a)(2), and 1681q of the Fair Credit Reporting Act (FCRA), violation of U.S. Const. Amend. IV, and violation of U.S. Const. Amend. V. and alleges as follows:

## JURISDICTION AND VENUE

1. This court has subject-matter jurisdiction over this action because it is brought under a federal question, 28 U.S.C. § 1331

2. Venue is proper because Defendants are located and do business here, 28 U.S.C. § 1391(b)(1)

## PARTIES

3. Plaintiff is a federally protected consumer / natural person.

4. Defendant NATIONS RECOVERY SERVICES INC. is a repossession company located at 13630 Tonikan Rd. Apple Valley CA 92308 and is registered with the Bureau of Security and Investigative Services (BSIS) under license number 1902.

5. Defendant Jason Reed is registered as the CEO, CFO, Secretary and Registered Agent for NATIONS RECOVERY SERVICES INC.

## STATEMENT OF FACTS

6. Plaintiff is a natural person as defined under the FDCPA 15 U.S.C. § 1692a(3)

7. Defendant NATIONS RECOVERY SERVICES INC is a debt collector as defined under 15 U.S.C. § 1692a(6) of the FDCPA as they are in the regular practice of collecting, or attempting to collect debts.

8. Defendant Jason Reed is registered as the CEO, CFO, Secretary and Registered Agent for NATIONS RECOVERY SERVICES INC. and is responsible for the actions of NATIONS RECOVERY SERVICES INC.

9. On 09/19/2023 at approximately 8:30pm plaintiff's property was illegally seized after Defendants scanned plaintiff's plate / credit card as defined under 15 U.S.C § 1681a(r)(2) without any consent from plaintiff and with no permissible purpose to gather information on plaintiff.

10. Plaintiff's property was illegally seized at an Albertson's parking lot at address: 20261 CA-18, Apple Valley CA 92307

11. At the time of the seizure and as of the time of the writing of this complaint there was not and is not any court order granting the taking of plaintiff's property.

2

12. On 09/19/2023 an agent / employee of NATIONS RECOVERY SERVICES INC. breached the peace inciting a scene that caused several people in the vicinity to pull out their phones and record the incident. Plaintiff is now in receipt of one of the beforementioned videos.

13. In this age of technology there is no measure to how far those videos have now spread across the internet subjecting plaintiff and plaintiff's family to irreparable humiliation and damage to reputation.

14. In beforementioned recording, no license number, nor no company name is on display of the vehicle that Defendants used to seize plaintiff's property.

15. NATIONS RECOVERY SERVICES INC. has a license under the BSIS in which Jason Reed is the main holder and no driver is registered under the company's license.

16. Although Defendants are debt collectors, they do not carry a license to collect debts.

17. Plaintiff has reached out via certified mail with signatures required to Defendants on several occasions in order to amicably resolve this matter on 09/26/2023 and 10/02/2023 to no avail. (See Exhibits labeled A through F)

## FDCPA VIOLATIONS

18. The FDCPA prohibits and seeks to eliminate abusive, deceptive, and unfair debt collections practices by debt collectors. 15 U.S.C. § 1692

19. Defendants are "debt collectors" under the Act because their principal purpose is the collection or attempted collection of debts. 15 U.S.C. § 1692a(6)

## COUNT I

## ABUSIVE PRACTICES

20. Plaintiff realleges and incorporates by reference paragraphs 1-17.

21. An act, or practice, or conduct is abusive under the FDCPA if the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. 15 U.S.C. § 1692d

22. Defendants practice of illegally seizing plaintiff's property and damaging plaintiff's property and reputation in the act is a violation of 15 U.S.C. § 1692d(1)

## COUNT II
## ABUSIVE PRACTICES

23. Plaintiff realleges and incorporates by reference paragraphs 1-17.

24. An act, or practice, or conduct is abusive under the FDCPA if the natural consequence of which is to harass, oppress, or abuse any person in the connection with the collection of a debt. 15 U.S.C § 1692d

25. Defendants action of claiming to have a right to repossess plaintiff's property is obscene and profane when no such present right exists and is intended as a form of abuse which is a violation of 15 U.S.C. § 1692d(2).

## COUNT III
## DECEPTIVE PRACTICES

26. Plaintiff realleges and incorporates by reference paragraphs 1-17.

27. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

28. Defendants are using the false implication that they are vouched for and/or bonded by the state of California by carrying a license through the BSIS under license number 1902 and is in violation of 15 U.S.C. § 1692e(1).

## COUNT IV
## DECEPTIVE PRACTICES

29. Plaintiff realleges and incorporates by reference paragraphs 1-17.

30. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

31. Defendants implications that the referral of the debt for collection by defendants has left the plaintiff subject to prohibited practices such as the "repossession" itself is a violation of 15 U.S.C. § 1692e(6)(B).

## COUNT V
## DECEPTIVE PRACTICES

32. Plaintiff realleges and incorporates by reference paragraphs 1-17.

33. The FDCPA prohibits any debt collector from using any false, deceptive, or misleading representation or means in connection with the collection of any debt. 15 U.S.C. § 1692e

34. Defendants practice of intentionally not using the true name of their business as a way to hide their identity while illegally seizing property is a clear violation of 15 U.S.C. § 1692e(14)

## COUNT VI
## UNFAIR PRACTICES

5

35. Plaintiff realleges and incorporates by reference paragraphs 1-17

36. The FDCPA prohibits a debt collector from using any unfair or unconscionable means in the collection of any debt. 15 U.S.C. § 1692f

37. Defendants took a nonjudicial action of dispossession against plaintiff with no right to possession of plaintiff's property and violated 15 U.S.C. § 1692f(6)(A)

## FCRA VIOLATIONS

38. It is the purpose of the FCRA to require reasonable procedures to ensure that consumer reporting agencies exercise their grave responsibility in a manner that is fair and equitable to the consumer with regards to confidentiality and proper utilization of such information in accordance with the requirements of that subchapter. 15 U.S.C. § 1681

39. Defendants are a "person" under the Act because NATIONS RECOVERY SERVICES INC. is a corporation and Jason Reed is an individual 15 U.S.C. § 1681a(b)

## COUNT VII
## LACK OF PERMISSIBLE PURPOSE

40. Plaintiff realleges and incorporates by reference paragraphs 1-17.

41. Under the FCRA a consumer reporting agency shall only furnish a consumer report with proper permissible purpose. 15 U.S.C. § 1681b

42. Defendants were not in possession of an order from a court having jurisdiction to issue such an order to grant them permissible purpose to obtain a consumer report on plaintiff which is in violation of 15 U.S.C. § 1681b(a)(1)

## COUNT VIII

## LACK OF PERMISSIBLE PURPOSE

43. Plaintiff realleges and incorporates by reference paragraphs 1-17.

44. Under the FCRA a consumer reporting agency shall only furnish a consumer report with proper permissible purpose. 15 U.S.C. § 1681b

45. Defendants had absolutely no direct consent from plaintiff to acquire any information about plaintiff from their consumer report, so Defendants had no permissible purpose and are in violation of 15 U.S.C. § 1681b(a)(2).

## COUNT IX
## FALSE PRETENSES

46. Plaintiff realleges and incorporates by reference paragraphs 1-17.

47. Under the FCRA any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both. 15 U.S.C. § 1681q

48. Defendants regular practice of knowingly and willfully obtaining information on consumers from consumer reporting agencies without any certification as to the specific reason falls under false pretenses and is a direct violation of 15 U.S.C. § 1681q

## CONSTITUIONAL VIOLATIONS

49. The United States Constitution's Bill of Rights was passed to guarantee civil rights and liberties to the individual such as due process of law and reserves all powers not delegated to the Federal government to the people or the states.

50. The Bill of Rights affords plaintiff certain protections and guarantees that were disregarded in this matter and are as follows:

7

## COUNT X
## UNLAWFUL SEIZURE

51. Plaintiff realleges and incorporates by reference paragraphs 1-17.

52. The U.S. Const. Amend. IV affords the right of the people to be secure in their persons, houses, and effects, and protections against unreasonable searches and seizures shall not be violated. Except by warrants that are supported by oath or affirmation and particularly describing the property to be seized.

53. Defendants unlawfully seized plaintiff's property without a proper court order supported by oath and/ or describing the property to be seized therefore unlawfully depriving plaintiff of their Fourth amendment right to be secure in plaintiff's own property.

## COUNT XI
## DISREGARD OF DUE PROCESS

54. Plaintiff realleges and incorporates by reference paragraphs 1-17.

55. The U.S Const. Amend. V affords the right that no person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

56. Defendants actions have deprived plaintiff of their property without any due process of law leaving plaintiff without the freedom to enjoy said property.

## **PRAYER FOR RELIEF**

Plaintiff thus requests that the court:

a. Permenantly enjoin Defendants from committing future violations of the FDCPA and FCRA

b. Impose monetary relief in the amount of $6,000 usd against Defendants for statutory damages under the FDCPA 15 U.S.C. § 1692k(a)(2)(A)

c. Impose monetary relief in the amount of $4,000 usd against Defendants for statutory damages under the FCRA 15 U.S.C. §§ 1681n(a)(1)(A)

d. Impose monetary relief in the amount of $50,000 usd for actual damages for the value of plaintiff's property due to FDCPA, FCRA, and Constitutional violations 15 U.S.C. §§ 1692k(a)(1), 1681n(a)(1)(A)

e. Impose equitable relief by ordering Defendants to return property to plaintiff.

f. Impose punitive damages in the amount of $60,000 usd for mental anguish, and irreparable damage to reputation and constitutional violaitons.

g. Sentence Jason Reed for not more than 2 years in accordance with 15 U.S.C. § 1681q

h. Award additional relief as the Court may deem just and proper.

Respectfully Submitted,

Jesse Ocegueda

Pro-se Litigant / Plaintiff

9

*Exhibit A*

## Cease and Desist Notice

Date: 9/22/2023
Jesse Ocegueda
19502 US Highway 18,
Apple Valley CA 92307

**Property in question:**
2019 GMC Yukon XL
VIN: 1GKS1GKC3KR242483

**ATTENTION: Jason Reed CEO/ Registered Agent** for
NATIONS RECOVERY SERVICES, INC.
13630 Tonikan Rd.
Apple Valley CA 92307

This formal notice is in regards to the 2019 GMC YUKON XL VIN: 1GKS1GKC3KR242483 taken on September 19, 2023 (9/13/23)

This formal notice shall serve as your first and only warning to cease holding and forfeit the illegally seized property back to the rightful owner's by the name of Jesse Ocegueda and Geneva Ocegueda at address: 19502 US Highway 18, Apple Valley CA 92307

You are advised to further any past due balance for your service and/or storage fees back to Carmax Inc as their negligence in this matter has put yourself and your company in a grave situation.

You have 48 hours from the receipt of this notice to contact Jesse Ocegueda by telephone at (909)346-7719 to arrange the prompt return of said property, if this cease and desist is ignored then civil and criminal complaints will be brought in an appropriate United States District court of competent jurisdiction where you, Jason Reed will be named individually as well as NATIONS RECOVERY SERVICES INC as defendants.

Notification is complete upon receipt.

Signed,

*[signature]*

Jesse Ocegueda

Exhibit B

# UNITED STATES POSTAL SERVICE

```
Priority Mail
Flat Rate Box
    Apple Valley, CA
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
       Sat 08/26/23 06:30 PM
    Money Back Guarantee
    Tracking #
       ET652461740US
Insurance                              $3.00
    Up to $100.00 included
Total                                 $28.75

Rate Inquiries       1                 $0.00
Rate Inquiries       1                 $0.00
Rate Inquiries       1                 $0.00
Rate Inquiries       1                 $0.00

Grand Total:                          $28.75
Cash                                  $40.00
Change                                $11.25
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420

11:20

## USPS Tracking

Remove ✕

**Tracking Number:**

# EI657464740US

☐ Copy    🏃 Add to Informed Delivery

## Scheduled Delivery by

### SATURDAY

# 23 September 2023 ⓘ   by 6:00pm ⓘ

Your item was delivered to an individual at the address at 10:37 am on September 26, 2023 in APPLE VALLEY, CA 92308. The item was signed for by K TAITANO.

**Get More Out of USPS Tracking:**

💾 USPS Tracking Plus®

✓ **Delivered**
**Delivered, Left with Individual**
APPLE VALLEY, CA 92308
September 26, 2023, 10:37 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**    ⌄

**Proof of Delivery**    ⌄

*Exhibit D*

# LETTER OF INTENT TO SUE

**Jesse Ocegueda**
19502 US Highway 18,
Apple Valley CA 92307
Phone: (909)346-7719
Email: jocegueda22@yahoo.com

**Jason Reed CEO/ Registered Agent for:**
NATIONS RECOVERY SERVICES INC
13630 Tonikan Rd
Apple Valley CA 92308

Effective Date: 9/28/2023

**Notice of Intent to File Lawsuit**
**For Property: 2019 GMC YUKON XL VIN: 1GKS1GKC3KR242483**

Dear Jason Reed,

This letter of intent to sue shall serve as a formal notice that Jesse Ocegueda intends to commence a lawsuit against you due to the following: Violation of Federal statutes including, but not limited to Fair Debt Collection Practices Act and the Fair Credit Reporting Act for both civil and criminal liability.

**I. The Plaintiff.** Jesse Ocegueda (the "Plaintiff").

**II. The Defendants.** Jason Reed and NATIONS RECOVERY SERVICES INC(the "Defendants").

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of:

The immediate return of illegally seized property. No other damages against defendants will be sought upon the return of beforementioned property.

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for TWO days from the date of receipt.

**IV. Governing Law.** This Letter of Intent shall be governed under applicable federal law in the United States District Court, Central District of California Eastern Division 3470 Twelfth St, Riverside CA 92501

Sincerely,

*Jesse Ocegueda*

Page 1 of 1

Exhibit E



# UNITED STATES POSTAL SERVICE.

APPLE VALLEY
22170 US HIGHWAY 18
APPLE VALLEY, CA 92307-9998
(800)275-8777

09/28/2023                                   02:55 PM

Product            Qty    Unit    Price
                          Price

PM Express 1-Day    1              $28.75
Flat Rate Env
   Apple Valley, CA 92308
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 09/29/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
      EI657462942US
   Insurance                        $0.00
      Up to $100.00 included
Total                              $28.75

Grand Total:                       $28.75

Debit Card Remit                   $28.75
   Card Name: VISA
   Account #: XXXXXXXXXXXX3985
   Approval #: 045417
   Transaction #: 646
   Receipt #: 048983
   Debit Card Purchase: $28.75
   AID: A0000000980840    Contactless
   AL: US DEBIT

In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
      Associate can show you how

      Save this receipt as evidence of
   insurance. For information on filing an
            insurance claim go to
      https://www.usps.com/help/claims.htm
            or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
   and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
               1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
      https://informeddelivery.usps.com

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.



         or call 1-800-410-7420.

UFN: 050276-0307
Receipt #: 840-59200157-4-5446982-2
Clerk: 04

8:13   Exhibit F

# USPS Tracking

FAQs >

**Tracking Number:**

Remove ✕

**EI657462942US**

Copy    Add to Informed Delivery

**Scheduled Delivery by**

**FRIDAY**

**29** September 2023 ⓘ   by **6:00pm** ⓘ

Your item was delivered to an individual at the address at 11:04 am on October 2, 2023 in APPLE VALLEY, CA 92308. The item was signed for by R TORRES.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✓ **Delivered**
**Delivered, Left with Individual**
APPLE VALLEY, CA 92308
October 2, 2023, 11:04 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**   ⌄

**Proof of Delivery**   ⌄