FILED
CLERK, U.S. DISTRICT COURT
10/23/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| Jesse Ocegueda (plaintiff) )<br>)<br>v. )<br>)<br>NATIONS RECOVERY SERVICES )<br>INC. ; Jason Reed (Defendants) )<br>)<br>) | Case No: 5:23-cv-02069-SVW(KKx)<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

Plaintiff Jesse Ocegueda and Defendants NATIONS RECOVERY SERVICES INC. and Jason Reed have reached a mutual settlement agreement in exchange for the above mentioned case being voluntarily dismissed by plaintiff. Please see attached signed document titled 'NOTICE OF VOLUNTARY DISMISSAL"

Jesse Ocegueda, Pro Se Litigant

Signed, _/s/_

Date: 10-23-23